**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 04-6222**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ROBERT EVERTON RUSHIE,

                              Defendant - Appellant.

─────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.   Russell A. Eliason, Magistrate Judge.  (CR-00-396)

─────────

Submitted:  March 10, 2004          Decided:  April 8, 2004

─────────

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Robert Everton Rushie, Appellant Pro Se.  Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Everton Rushie appeals a district court order denying his motion to unseal portions of the record in his criminal case. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Rushie, No. CR-00-396 (M.D.N.C. Jan. 13, 2004).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent Rushie seeks records that actually exist, his trial counsel would have copies.